# SCHEDULE

# A

## SCHEDULE A

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved March 23, 2018, as Public Law 115-141, div. F, tit. II, 132 Stat. 348, which appropriated the funds that shall be used for the taking.

# SCHEDULE

# B

## SCHEDULE B

PUBLIC PURPOSE

The public purpose for which said property is taken is to conduct surveying, testing, and other investigatory work needed to plan the proposed construction of roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## SCHEDULE C

LEGAL DESCRIPTION

Webb County, Texas

Tract:  LRT-LRN-1017
Owner:  Laura Celia Decker, *et al*.
Acres:  6.50

A tract of land containing 6.50 acres, more or less, in Webb County, Texas, situated in Porcion 10, Tomas Sanchez, Original Grantee, Abstract 280, being out of a 584.598 acre tract that comprises First and Third Tracts described in a deed from C.H. Griffith and wife to Sam Yates and Ricardo E. Longoria recorded in Volume 426, Pages 276-281 of the Webb County Deed Records; also being out of a 362.2426 acre tract described in deed dated June 15, 1976 from Sam Yates and Jack E. Blanco to Rodolfo Salinas, Jr. recorded in Volume 514, Pages 1004 et seq of the Webb County Deed Records; also being out of a tract recited as containing 94.74 acres in a deed dated June 18, 1976 from Rodolfo Salinas, Jr. to Oscar Martinez et al recorded in Volume 515, Pages 536-541 of the Webb County Deed Records but said tract actually containing 95.9136 acres; this 6.50 acre tract being more particularly described in the Warranty Deed dated October 26, 1993, Document 506650, and recorded in Volume 167, Page 290, of the Deed Records of Webb County as follows, to-wit:

BEGINNING at a ½ " steel rod on the occupied common boundary line of Porcion 10 and Porcion 11, being the southwest corner of Tract 45 and the southeast corner of said 95.9136 acre tract and this tract;

THENCE S. 67°35'24" W. 120.31 feet with the occupied common boundary line of Porcion 10 and Porcion 11 and southeast line of said 95.9136 acre tract to a deflection in said line;

THENCE S. 66°56'55" W. 402.46 feet with said occupied common boundary line of Porcion 10 and Porcion 11 to a ½" steel rod, the southeast corner of Tract 54 and southwest corner of this tract;

THENCE N. 07°55'17" W. 307.86 feet with the east line of Tract 54 to a ½" steel rod, the most northerly corner of Tract 54 and an interior corner of this tract;

THENCE S. 66°56'55" W. with the northwest line of Tract 54 at 296.72 feet a ½" steel rod set for a southwest corner of this tract;

THENCE N. 12°49'12" E. 324.26 feet to a ½" steel rod, an exterior corner of this tract;

THENCE S. 77°10'48" E. 180.47 feet to a ½" steel rod, an exterior corner of this tract;

THENCE S. 07°49'48" E. 66.27 feet to a ½" steel rod, an interior corner of this tract;

THENCE N. 68°41" E. 157.13 feet to a ½" steel rod, an interior corner of this tract;

THENCE N. 01° 27' 54" W. 226.50 feet to a ½" steel rod, an interior corner of this tract;

THENCE N. 77°10' 48" W. 389.02 feet to a ½" steel rod, an interior corner of this tract;

THENCE N. 58°43'54" E. 9.39 with the southeast line of an access road to a ½" steel rod, an interior corner of this tract;

THENCE N. 12°49'12" E. 8.47 feet with the easterly line of said access road to a ½" steel rod, the southwest corner of Tract 52 and the most northerly corner of this tract;

THENCE S. 77°10'48" E. 737.06 feet with the south line of Tract 52 to a ½" steel rod on the west line of Tract 45 being the southeast corner of Tract 52 and the easterly northeast corner of this tract;

THENCE S. 06°13'13" E. 363.80 feet with the west line of Tract 45 to the place of beginning.

# SCHEDULE D

## SCHEDULE D



MAP or PLAT

LAND TO BE CONDEMNED

Tract:  LRT-LRN-1017
Owner:  Laura Celia Decker, *et al*.
Acreage:  6.50

* The case caption identifies acreage for the entire parent tract; access to the entire parent tract may be necessary to complete a survey of the proposed tract designated in yellow on the map above.

# SCHEDULE

# E

## SCHEDULE E

ESTATE TAKEN

Webb County, Texas

Tract:  LRT-LRN-1017
Owner:  Laura Celia Decker, *et al.*
Acres:  6.50

The estate taken is a temporary, assignable easement beginning on the date possession is granted to the United States and ending 12 months later, consisting of the right of the United States, its agents, contractors, and assigns to enter in, on, over and across the land described in Schedule C to survey, make borings, and conduct other investigatory work for the purposes described in Schedule B and to access adjacent lands; including the right to trim or remove any vegetative or structural obstacles that interfere with said work; reserving to the landowners, their successors and assigns all right, title, and privileges as may be used and enjoyed without interfering with or abridging the rights hereby acquired; subject to minerals and rights appurtenant thereto, and to existing easements for public roads and highways, public utilities, railroads and pipelines.

# SCHEDULE

# F

## SCHEDULE F

## ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is ONE HUNDRED DOLLARS AND NO/100 ($100.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto; and, an additional sum determined at the conclusion of the temporary estate described in Schedule E to constitute actual damages, if any.

# SCHEDULE G

## SCHEDULE G

## INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Laura Celia Decker**<br><br>Austin, TX 78741-3224 | Warranty Deed, Document # 506650; Recorded December 1, 1993, Deed Records of Webb County |
| **Elsa Delia Decker**<br><br>Austin, TX 78704-3340 | Warranty Deed, Document # 506650; Recorded December 1, 1993, Deed Records of Webb County |
| **Michael Phillip Decker**<br><br>Austin, TX 78744-0001 | Warranty Deed, Document # 506650; Recorded December 1, 1993, Deed Records of Webb County |
| **Rebecca Ann Casares**<br>**a/k/a Rebecca Ann Decker**<br><br>New Braunfels, TX 78130-2573 | Warranty Deed, Document # 506650; Recorded December 1, 1993, Deed Records of Webb County |