IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO.   5:20-CV-061 |
| | § | |
| 6.50 ACRES OF LAND, MORE OR LESS, SITUATE IN WEBB COUNTY, STATE OF TEXAS; AND LAURA CELIA DECKER, ET AL., | § § § § | |
| | § | |
| *Defendants.* | § | |

**PLAINTIFF'S DISCLOSURE OF INTERESTED PARTIES**

NOW COMES, United States of America, by and through Ryan K. Patrick, United States Attorney, and hereby certifies that the following persons or entities have a financial interest in the outcome of this litigation:

1. United States of America, Plaintiff.

2. Laura Celia Decker, Austin, TX 78741, Defendant

3. Elsa Delia Decker, Austin, TX 78704, Defendant

4. Michael Phillip Decker, Austin, TX 78744, Defendant

5. Rebecca Ann Casares a/k/a Rebecca Ann Decker, New Braunfels, TX 78130, Defendant

Respectfully submitted,

**RYAN K. PATRICK**
United States Attorney
Southern District of Texas

By: *s/ John A Smith, III*
**JOHN A. SMITH, III**
Assistant United States Attorney
Attorney-in-Charge
Southern District of Texas No. 8638
Texas Bar No. 18627450
One Shoreline Plaza
800 North Shoreline Blvd., Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 888-3111
Facsimile: (361) 888-3234
E-mail: john.a.smith@usdoj.gov

### CERTIFICATE OF SERVICE

I, John A. Smith, III, Assistant United States Attorney for the Southern District of Texas, do hereby certify that on May 11, 2020, a copy of the foregoing was served on the following parties in accordance with the Federal Rules of Civil Procedure.

**U**SPS **1**st **Class**
Laura Celia Decker
Austin, TX 78741

Elsa Delia Decker
Austin, TX 78704

Michael Phillip Decker
Austin, TX 78744

Rebecca Ann Casares
aka Rebecca Ann Decker
New Braunfels, TX 78130

                        By:    *s/ John A Smith, III*
                                  **JOHN A. SMITH, III**
                                  Assistant United States Attorney